

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

February 1, 2019

*Via Electronic Filing and*
*Via Email to chambersnysdseibel@nysd.uscourts.gov*

Hon. Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Weisshaus v. Collection Bureau of the Hudson Valley, Inc.
Docket Number: 18-cv-10363-CS

Dear Judge Seibel:

Please be advised that this office represents the defendant in the above-captioned matter. This letter is being sent to request an adjournment of the initial court conference, scheduled for February 27, 2019 at 2:30 p.m.

I will be at a business conference in Orlando, Florida on February 27, 2019 and will not be able to attend the court conference. I have consulted with plaintiff's counsel, and he has consented to my request for an adjournment. We have agreed on three (3) possible dates for rescheduling of the initial court conference. We are both available on March 6, 2019; March 7, 2019 or March 8, 2019. In the event that the court chooses to reschedule the matter for March 8, 2019, we would both request a morning appearance.

This is a first request to adjourn the initial court conference and is made with the consent of opposing counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
AS/bw

---

Application granted. The initial conference previously scheduled for February 27, 2019, is adjourned to March 7, 2019, at 3:00 PM.

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

February 1, 2019